

# IN THE
# TENTH COURT OF APPEALS

## No. 10-12-00248-CV

KAREN HALL,

                                             **Appellant**

 v.

CITY OF BRYAN, TEXAS,

                                             **Appellee**

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 12-000391-CV-272

## O R D E R

This matter was placed at issue on October 3, 2012 when the City of Bryan, as appellee, filed its brief. Subsequent thereto, any party seeking to check-out the record may do so only upon leave of the Court. *See* 10TH TEX. APP. (Waco) LOC. R. 11(a). Appellee's Motion to Obtain the Record from the Clerk was filed on October 21, 2013. By this motion, appellee requests that the Clerk of this Court release the entire record, both clerk's and reporter's record for an unspecified period of time. There is no

reporter's record in this appeal. The clerk's record consists of two main volumes and two supplemental volumes.

Accordingly, appellee's motion is granted in part. The record shall be returned to the Clerk of this Court within 35 days from the date of this order. *See* 10TH TEX. APP. (Waco) LOC. R. 11(a).

Appellee is reminded that per this Court's local rules, a party who has checked out the record shall not break the binding of the record or disassemble the record for copying, inspection, or any other purpose. 10TH TEX. APP. (Waco) LOC. R. 11(c).

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted in part
Order issued and filed October 31, 2013